Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Phoenix Division

| | |
|---|---|
| Crystal Rose Valdez <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Uperator Limited liability Company; Carlos and Jane Doe Diaz <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

### I.   The Parties to This Complaint

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Crystal Rose Diaz |
| Street Address | 7265 W. Tumblewood Dr. |
| City and County | Peoria, Maricopa |
| State and Zip Code | Arizona, 85382 |
| Telephone Number | 623 512 8748 |
| E-mail Address | crystalvaldez84@gmail.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1
  Name: Uperator Limited Liability Company
  Job or Title *(if known)*:
  Street Address: 17505 N. 79th St.
  City and County: Glendale; Maricopa
  State and Zip Code: Arizona, 85308
  Telephone Number:
  E-mail Address *(if known)*:

Defendant No. 2
  Name: Carlos Diaz
  Job or Title *(if known)*: Member/Manager of Uperator Limited Liability Company
  Street Address: 5206 W. Red Bird Rd
  City and County: Phoenix; Maricopa
  State and Zip Code: Arizona, 85083
  Telephone Number:
  E-mail Address *(if known)*:

Defendant No. 3
  Name: Jane Doe Diaz
  Job or Title *(if known)*:
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address *(if known)*:

Defendant No. 4
  Name:
  Job or Title *(if known)*:
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address *(if known)*:

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

### C. Place of Employment

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | Uperator Limited Liability Company |
| Street Address | 17505 N. 79th St., Suite, 307 |
| City and County | Glendale; Maricopa |
| State and Zip Code | Arizona, 85308 |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

- [✔] Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
- [✔] Relevant state law
- [ ] Relevant city or county law

## III. Statement of Claim

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Nature of employer's business:
Uperator Limited Liability Company's buisness was/is internet sales

B. Dates of employment:
Ms. Valdez's dates of employment were 2015 through March 1, 2020.

C. Employee's job title and a description of the kind of work done:
Ms. Valdez worked remotely, providing sales and sales support services.

D. Rate, method, and frequency of wage payment:

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Ms. Valdez was paid gross wages of $1,666.34 every 2 weeks.

E. Number of hours actually worked each week in which a violation is claimed:
Ms. Valdez worked 40 hours per week.

F. Description of the alleged violation(s) *(check all that apply)*:

☑ Failure to pay the minimum wage *(explain)*
Defendants failed to pay 5 paychecks. Defendants also failed to pay wages timely.

☐ Failure to pay required overtime *(explain)*

☑ Other violation(s) *(explain)*
Failure to pay timely.

G. Date(s) of the alleged violation(s):
The first late paycheck was December 24, 2019. The first completely skipped paycheck was March 20, 2020.

H. Additional facts:
Uperator Limited Liability Company failed to pay Ms. Valdez her wages and then terminated her employment in March, 2020.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Ms. Valdez seeks recovery of $8,333.55, plus treble damages pursuant to AZ. wage statutes, as well as double damages for failure to pay minimum wage pursuant to FLSA.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: 1/27/2021

Signature of Attorney /s/ Sharon Moyer
Printed Name of Attorney    Sharon Moyer
Bar Number                  013341

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

| | |
|---|---|
| Name of Law Firm | |
| Street Address | 3317 E. Eva St, Phoenix |
| State and Zip Code | Arizona, 85028 |
| Telephone Number | 602 316 0224 |
| E-mail Address | sharonsmoyer@gmail.com |