1  Sharon Moyer
   SBN 013341
2  3317 E. Eva Street
   Phoenix, AZ 85028
3  sharonsmoyer@gmail.com
   602360224
4  Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

**Phoenix Division**

| | |
|---|---|
| **Crystal Rose Valdez** <br><br> Plaintiff, <br><br> v. <br><br> **Uperator Limited Liability Company; Carlos and Jane Doe Diaz**, <br><br> Defendants. | 2:21-cv-00153-DLR <br><br> **MOTION AND DECLARATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT, UPERATOR LIMITED LIABILITY COMPANY** |

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff, by and through undersigned counsel, hereby moves this court for entry of a default judgment against Uperator Limited Liability Company for failure to plead or otherwise defend against this action in a timely manner.

1. As reflected by Court Docket Number 36, Defendant Uperator Limited Liability Company was served pursuant to F.R.C.P. 4, on August 13, 2021.

2. The applicable time limit for Defendant, Uperator Limited Liability Company to appear or otherwise respond to this action expired on September 2, 2021.

3. Defendant Uperator Limited Liability Company has failed to submit any answer or other filing and has not "appeared" in any other manner at the time of this filing.

4. Pursuant to the Complaint, Defendant failed to pay wages, as follows:

| | |
|---|---|
| 3/20/2020 | $1667.67 |
| 04/01/2020 | $1667.67 |
| 4/20/2020 | $1667.67 |
| 05/01/2020 | $1667.67 |
| 5/20/2020 | <u>$1667.67</u> |
| | $8,338.35 |

5. Pursuant to A.R.S.§ 23-355:

A. Except as provided in subsection B of this section, if an employer, in violation of this chapter, fails to pay wages due any employee, the employee may recover in a civil action against an employer or former employer an amount that is treble the amount of the unpaid wages.

6. Plaintiff seeks treble damages against Uperator Limited Liability Company, as its complete failure to pay Plaintiff wages due was in bad faith.

7. This court has the authority to grant the relief requested by Plaintiff.

Plaintiff respectfully requests that the court enter judgment against Uperator Limited Liability Company in the amount of $25,000.65.

Respectfully submitted this 15th day of September, 2021.

*/s/Sharon Moyer*
Sharon Moyer
Counsel for Plaintiff

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Dated September 15, 2021.

3

4  */s/Sharon Moyer*
   Sharon Moyer