# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Rose Valdez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Uperator LLC, et al.,<br><br>　　　　Defendants. | **NO. CV-21-00153-PHX-DLR**<br><br>**DEFAULT JUDGMENT** |

　　　　Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant Uperator LLC in the amount of $25,000.65.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 27, 2021

　　　　　　　　　　　　　　　　　　　s/ S. Hargrove
　　　　　　　　　　　　　　By　　　Deputy Clerk